UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **NATIONAL LABOR RELATIONS BOARD,** | : | |
| Applicant, | : | |
| v. | : | No. 1:23-mc-51 (VEC) |
| **CHARLES THOMAS SCHMIDT;** | : | |
| **PARTY SHUTTLE TOURS, LLC;** | : | |
| **CITY INFO EXPERTS, LLC;** | : | |
| **UNIVERSAL SMART CONTRACTS, LLC;** | : | |
| Respondents. | : | |

**SUMMARY STATEMENT OF ATTORNEYS' FEES**

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| ATTORNEY'S FEES for David P. Boehm | 12.5 hours at $568/hour (6 years' experience) <br><br> 4.9 hours at $584/hour (7 years' experience) | $9,961.60 |
| ATTORNEY'S FEES for Amanda Leonard | 27.5 hours at $485/hour (1 years' experience) <br><br> 28.2 hours at $502/hour (2 years' experience) | $27,493.90 |
| | | |
| | **TOTAL AMOUNT** | **$37,455.50** |

*Exhibit 1*