# INVOICE

**Edwards Civil Process**

950 Leadenhall Cir, Channelview, TX 77530, UNITED STATES

Christinadrbrown@gmail.com; Website: https://edwards-civil-process.business.site/



**Invoice No#**: 1397
**Invoice Date**: Aug 9, 2023
**Due Date**: Aug 9, 2023

PAID

$0.00
**AMOUNT DUE**

**BILL TO**

Da*********@nlrb.gov

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | Service of Process<br>Charles Thomas Schmidt, Esq. Schmidt Law Firm | 1 | $95.00 | $95.00 |
| 2 | Printing fee | 217 | $0.13 | $28.21 |
| | | | Subtotal | $123.21 |
| | | | **TOTAL** | **$123.21 USD** |
| | | | Amount paid | $123.21 |
| | | | **AMOUNT DUE** | **$0.00 USD** |

Exhibit 5