| | |
|---|---|
| **From:** | no-reply.ecommerce@fedex.com |
| **To:** | Leonard, Amanda M. |
| **Subject:** | FedEx Office Print On Demand Order Completion (Order GTN 1012193025217650) |
| **Date:** | Monday, July 24, 2023 11:38:26 AM |

> **CAUTION:** The sender of this message is external to the NLRB network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to nlrbirc@nlrb.gov.

## This is an automated response, please do not reply to this e-mail ##

Dear Amanda Leonard,

Thank you for choosing FedEx Office. This e-mail confirms that we have completed your order and delivered it based on your instructions.

If you have questions concerning your order, please call the FedEx Office center producing the order and ask for the Project Coordinator. You can reference your order by Order number 1012193025217650.

If you have questions about this order or other comments or concerns regarding FedEx Office, please contact FedEx Office customer relations at 1.800.GoFedEx or 1.800.463.3339. You can reference your order by Order number 1012193025217650.

All jobs produced for customers will be retained for 30 days after the order ready by date on the receipt at which time you will be charged for the completed job if you have not picked up the order. FedEx Office is not responsible for retaining any work not picked up by customer after such 30 day period and is entitled to collect and retain payment for all work performed on the customer's behalf.

ORDER -- SUMMARY DETAILS

Order GTN number: 1012193025217650

Order Price

Subtotal: $198.21

Shipping: $ --

Packing & Handling: $ --

Exhibit 6

Tax: $ --

Total: $198.21

Payment by: FedEx account

See order details for each recipient below


ORDER_DETAIL -- Part 1

Job GTN number: 1013469408477753


FedEx Office center producing order: Center - 2221 : 409 3rd St SW Ste 109 WASHINGTON, DC 20024 UNITED STATES

Phone: (202) 554-0805

Get order status:http://printtracking.fedex.com/trackOrder.do?noHdr=1>ns=1012193025217650
E-mail: usa2221@fedex.com

Order Completion Date: Jul 24, 2023 at 01:00 PM EDT

Documents: A. Leonard (2) TOC for Motions Binder (2).pdf Tab 1.pdf Tab 2.pdf Tab 3.pdf Tab 4.pdf Tab 5.pdf Tab 6.pdf Tab 7.pdf Tab 8.pdf Tab 9.pdf Tab 10.pdf Tab 11.pdf Tab 12.pdf Tab 13.pdf Tab 14.pdf Tab 15.pdf Tab 16.pdf Tab 17.pdf Tab 18.pdf Tab 19.pdf Tab 20.pdf Tab 21.pdf Tab 22.pdf Tab 23.pdf Tab 24.pdf Tab 25.pdf Tab 26.pdf

Recipient: Williams , Markus

To be picked up at FedEx Office center (see above)

Price: $198.21

Shipping: $ --

Packing & Handling: $ --

Tax: $ --

Exhibit 6