**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **NATIONAL LABOR RELATIONS BOARD,** | : | |
| | : | |
| **Applicant,** | : | |
| | : | |
| v. | : | No. 1:23-mc-51 (VEC) |
| | : | |
| **CHARLES THOMAS SCHMIDT;** | : | |
| **PARTY SHUTTLE TOURS, LLC;** | : | |
| **CITY INFO EXPERTS, LLC;** | : | |
| **UNIVERSAL SMART CONTRACTS, LLC;** | : | |
| | : | |
| **Respondents.** | : | |

**[PROPOSED] ORDER**

Upon consideration of the Motion of the National Labor Relations Board ("NLRB") to Liquidate Attorneys' Fees and Costs, and any responses thereto,

**IT IS HEREBY ORDERED** that the NLRB's Motion is **GRANTED** and that the NLRB's attorneys' fees of $37,455.50 and costs of $321.42 are hereby approved and liquidated by this Court.

**It is ORDERED** that Respondents shall pay, jointly and severally, such amounts to the NLRB within twenty-eight (28) days following issuance of this Order, or by a date designated by the NLRB.

Dated this ____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE